**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATALIA CRESPO ROSADO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDEX CORPORATION,<br><br>        Defendant. | Case No. **1:26-cv-01861-JAV** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern District of New York, I, **Paul Doolittle**, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff, **Natalia Crespo Rosado** individually and on behalf of all others similarly situated in the above-captioned action.

I am in good standing of the bar of the state of <u>South Carolina</u> and there are no pending disciplinary proceedings against me in any state of federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 24, 2026

Respectfully submitted,

_____
Paul Doolittle
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the

Clerk of Court via CM/ECF on this 24th day of March 2026.

Paul Doolittle
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com

**Exhibit "A"**

## Admissions List for Paul Doolittle

| Court | Date Admitted | Bar Number | Status |
|---|---|---|---|
| State of South Carolina Bar | 11/15/1993 | 66490 | Good Standing |
| United States District Court of South Carolina | 12/28/1993 | 6012 | Good Standing |
| District of Colorado | 08/26/2023 | N/A | Good Standing |
| Eastern District of Wisconsin | 11/06/2024 | N/A | Good Standing |
| Central District of Illinois | 2/18/2025 | 66490 | Good Standing |
| Northern District of Illinois | 02/18/2025 | 66490 | Good Standing |
| Southern  District of Illinois | 7/10/2025 | 66490 | Good Standing |
| Eastern District of Oklahoma | 02/20/2025 | N/A | Good Standing |
| 1st Circuit Court of Appeals | 12/12/22 | 1206063 | Good Standing |
| 2nd Circuit Court of Appeals | 06/01/2022 | N/A | Good Standing |
| 4th Circuit  Court of Appeals | 12/23/1993 | N/A | Good Standing |
| 5th Circuit  Court of Appeals | 05/23/2023 | N/A | Good Standing |
| 6th Circuit  Court of Appeals | 05/13/2024 | N/A | Good Standing |
| 7th Circuit  Court of Appeals | 4/11/22 | N/A | Good Standing |
| 9th Circuit Court of Appeals | 05/13/2024 | N/A | Good Standing |
| 10th Circuit  Court of Appeals | 08/22/2024 | N/A | Good Standing |
| 11th Circuit  Court of Appeals | 01/17/2023 | N/A | Good Standing |